**Dismissed and Memorandum Opinion filed November 8, 2018.**



In The

# Fourteenth Court of Appeals

### NO. 14-18-00484-CV

## BARBARA EASLEY, Appellant

## V.

## HOSSEIN EKLILI, Appellee

**On Appeal from the County Civil Court at Law No. 2
Harris County, Texas
Trial Court Cause No. 1110288**

## M E M O R A N D U M    O P I N I O N

This is an appeal from a judgment signed June 11, 2018. The clerk's record was filed June 19, 2018. The reporter's record was filed August 20, 2018. No brief was filed.

On September 27, 2018, this court issued an order stating that unless appellant filed a brief on or before October 12, 2018, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Boyce, Christopher, and Jewell.